

**United States Department of Justice**
*United States Attorney*
*District of New Jersey*
*Civil Division*

*970 Broad Street, Suite 700*             *general number: (973) 645-2700*
*Newark, New Jersey 07102*                    *telephone: (973) 645-3141*
                                                    *fax: (973) 297-2010*
                                       *e-mail: michael.campion@usdoj.gov*

**By ECF and Hand**

October 18, 2010

Hon. Stanley R. Chesler
United States District Court
United States Post Office and Courthouse
Newark, New Jersey  07102

    Re:    Pinckney v. Frank Carine, et al.
            Civil Action No. 10-5063 (SRC)

Dear Judge Chesler:

    Please be advised that this action has been resolved.  As a result, Plaintiff has stipulated to the dismissal of all claims against all parties with prejudice.  Plaintiff's counsel has asked the undersigned to file the enclosed Stipulation of Dismissal with Prejudice.

    Thank you.

                             Respectfully yours,

                             PAUL J. FISHMAN
                             United States Attorney

                             *s/Michael E. Campion*
                By:    MICHAEL E. CAMPION
                     Assistant United States Attorney

cc:    Brian C. Freeman, Esq. (by U.S. Mail)
        Sofia Ochoa, *pro se* (by U.S. Mail)
        Guadalupe Ochoa, *pro se* (by U.S. Mail)