LAW OFFICE OF
**BRIAN C. FREEMAN, LLC**
26 Journal Square, Suite 1205
Jersy City, New Jersey
(201)222-7765
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONICA PINCKNEY | HON. STANLEY R. CHESLER |
| *Plaintiff,* | *Civil Action No.* 10-5063 |
| v. | **PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE** |
| FRANK CARINE, CONTINENTAL CONSTRUCTION, SOFIA OCHOA, AND GUADALUPE OCHOA. | |
| *Defendants.* | |

Plaintiff, Monica Pinckney hereby voluntarily agrees to dismiss her complaint as to all parties with prejudice.

Brian C. Freeman, Esq.
Attorney for Plaintiff

Dated: October 5, 2010