LAW OFFICE OF
BRIAN C. FREEMAN, LLC
26 Journal Square, Suite 1205
Jersy City, New Jersey
(201)222-7765
Attorneys for Plaintiff

CL

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| MONICA PINCKNEY | HON. STANLEY R. CHESLER |
|---|---|
| Plaintiff, | Civil Action No. 10-5063 |
| v. | **PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE** |
| FRANK CARINE, CONTINENTAL CONSTRUCTION, SOFIA OCHOA, AND GUADALUPE OCHOA. | |
| Defendants. | |

Plaintiff, Monica Pinckney hereby voluntarily agrees to dismiss her complaint as to all parties with prejudice.

_____
Brian C. Freeman, Esq.
Attorney for Plaintiff

Dated: October 5, 2010

SO ORDERED: _____
STANLEY R. CHESLER, U.S.D.J.